**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 4:26-cr-00019 KGB**

**DAVID SCOTT HARNESS** **DEFENDANT**

**ORDER**

Pending before the Court is a request from the United States Probation Office to dispose of property seized from defendant David Scott Harness. The item to be disposed is an HP Laptop, Product Key #J6HBK-VXGCD-VQCJF-4MD87-KPOC6, Serial Number 00196-253-417-435 ("laptop").

For good cause shown, the Court grants the request in accordance with procedures outlined in 41 C.F.R. part 102-41 and the *Guide to Judiciary Policy*. The laptop is to be released to the appropriate federal, state, or local law enforcement agency for disposal or otherwise appropriately destroyed by the United States Probation Office.

It is so ordered this 11th day of August, 2026.

Kristine G. Baker

Kristine G. Baker
Chief United States District Judge